458 A.2d 261

Commonwealth v. Whittman, Appellant.

Submitted April 23, 1982. William P. Fedullo, for appellant; Richard L. McMonigle, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Order affirmed.

458 A.2d 261

Hager etc, Appellants v. Federal Kemper Ins., Co.

Argued December 9, 1981. John R. Bonner, for appellants; Richard A. Gray, for appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

Order affirmed.